NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REGIS SANSON and MICHELLE          )
SANSON,                            )
                                   )
          Appellants,              )
                                   )
v.                                 )          Case No. 2D17-1572
                                   )
REFLECTION KEY CONDOMINIUM         )
ASSOCIATION, INC., and JILL L. TRENTZ,)
                                   )
          Appellees.               )
_____)


Opinion filed February 9, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Robert J. Hynds of Robert J. Hynds, PL,
Fort Myers, for Appellants.

Susan M. McLaughlin of Pavese Law Firm,
Fort Myers, for Appellees.


PER CURIAM.


          Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.